UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

THE YACHT RIGGER, LLC,

    Plaintiff,

v.                                                      Case No. 8:23-cv-2788-VMC-CPT

THE RECREATIONAL VESSEL,
"PERMANENT VACATION," her
machinery, mechanical drive system,
hydraulic operation system, electronics,
platform and appendages, *In Rem*, and
HAROLD RUSSELL, individually,
*In Personam*,

    Defendants.
_____/

**O R D E R**

    Before the Court is the *Motion for Order Directing Clerk to Issue Warrant of Arrest in Rem* filed by Plaintiff The Yacht Rigger, LLC (Yacht Rigger). (Doc. 3).  Upon due consideration of the matter, Yacht Rigger's motion is granted in accordance with Supplemental Rule (C)(1) and Section 3(a)(1)(A) of the Middle District of Florida Admiralty and Maritime Practice Manual.  The Clerk of Court is therefore directed to issue a warrant of arrest for the vessel described as THE RECREATIONAL VESSEL,

"PERMANENT VACATION," her machinery, mechanical drive system, hydraulic operation system, electronics, platform and appendages located at Progressive Marine of St. Petersburg, 1351 Bay Street SE., St. Petersburg, Florida 33701.

SO ORDERED in Tampa, Florida, this 13th day of December 2023.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record